```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DENA LOHR ELBLING,              )
          Plaintiff,            )
                                )
              v.                )     Civil Action No. 07-339
                                )
COMMISSIONER OF SOCIAL          )
SECURITY,                       )
                                )
          Defendant.            )
```

O   R   D   E   R


AND NOW, this 3rd day of October, 2007, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying her claim for supplemental security income benefits, and after the parties submitted cross-motions for summary judgment, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and after independent review of the pleadings, the administrative record, and the Report and Recommendation of the Magistrate Judge, which is incorporated and adopted as the Opinion of this Court,

IT IS ORDERED that the plaintiff's motion for summary judgment (Document No. 7) is denied, that the defendant's motion for summary judgment (Document No. 12) is granted, and that the determination of the Commissioner is affirmed.

                                  BY THE COURT:

                                  <u>s/ Terrence F. McVerry</u>
                                  United States District Judge

cc:   All Counsel of Record

      Honorable Robert C. Mitchell
      United States Magistrate Judge